# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

**DAGOBERTO BARRIO MENDEZ,**            )
                                                                                                )
    **Petitioner,**                                        )
                                                                                                )
    **v.**                                                        )     **Case No. CIV-25-1241-PRW**
                                                                                                )
**PAMELA BONDI,**                                       )
**Attorney General, et al.,**                          )
                                                                                                )
    **Respondents.**                                   )

## ORDER

Dagoberto Barrio Mendez ("Petitioner"), proceeding *pro se*, filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition") challenging his detention by the U.S. Immigration and Customs Enforcement ("ICE").  (Doc. 1).  He named Pamela Bondi, Attorney General, as the sole respondent.  (*Id.* at 1).  Now, Petitioner requests to add additional respondents: (1) Kristi Noem, S.H.S.; (2) Todd M. Lyons, A.D. US ICE; (3) Marcos Charles, A.E.A.D. for E.R.O.; and (4) Scarlet Grant, Warden.  Petitioner's request is **GRANTED**.  The Petition is deemed amended to include the above-named individuals as respondents.

IT IS SO ORDERED this 13th day of November, 2025.

AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE