# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| **DAGOBERTO BARRIO MENDEZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-25-1241-PRW** |
| | ) | |
| **PAMELA BONDI,** | ) | |
| **Attorney General, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

On November 7, 2025, the Court received the filing fee in this matter from the Cimarron Correctional Facility in Cushing, Oklahoma. (Doc. 7). On November 13, 2025, the Court issued an order, which included the following language:

3. The Petition alleges that Petitioner is being held within the territorial jurisdiction of the Western District of Oklahoma.

    a. Respondents shall file written notice at least seventy-two hours before removing, transferring, relocating, or otherwise moving Petitioner, regardless of whether the new location is within the territorial jurisdiction of the Western District of Oklahoma.

    b. If Respondents contest that Petitioner is presently being held within the territorial jurisdiction of the Western District of Oklahoma, they shall file a written notice stating the name and location of the facility in which Petitioner is confined. Such notice shall be provided promptly after Respondents become aware of Petitioner's location.

(Doc. 9, at 2). Respondents have not made a filing under either provision. Nevertheless, two orders, (Docs. 8, 9), sent to Petitioner at Cimarron Correctional Facility were returned as undeliverable. (Doc. 12).

As part of Respondents' Response in Opposition to Petitioner's Petition for Writ of Habeas Corpus, the Assistant Field Office Director for Enforcement Removal Operations with Immigration and Customs Enforcement signed a declaration dated November 21, 2025, which states that Petitioner "is currently detained at the Prairieland Detention Center located in Alvarado, Texas." (Doc. 11, at Ex. 1, at 2). Respondents, however, served the document to Petitioner by U.S. Mail to Cimarron Correctional Facility. (Doc. 11, at 26).

In light of the foregoing, **Respondents are ORDERED to serve the Response on Petitioner at Prairieland Detention Center in Alvarado, Texas. Respondents shall file a Certificate of Service on or before December 2, 2025. Petitioner may file a reply brief on or before December 16, 2025.** Additionally, the Clerk of Court is directed to send copies of the returned orders, (Docs. 8, 9), to Petitioner at his new facility.

IT IS SO ORDERED this 1st day of December, 2025.

AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE

2